(October 28, 2011)

In the Matter of DESEAN M. COOPER et al., Appellants, v DENNIS E. WARD et al., Commissioners of and Constituting Erie County Board of Elections, et al., Respondents. [932 NYS2d 20]—

Present—Centra, J.P., Carni, Lindley, Sconiers and Green, JJ.